IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (714) 612-2933 | MJ 20- 23 -BU-KLD<br><br>ORDER |

Based upon the motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application, Affidavit for Search Warrant, and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an indictment by any defendant related to this search warrant, and service or receipt of a request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 21st day of October, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1